IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFIA GROOMS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 10-5178** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this    28th    day of September, 2012, upon consideration of Defendant Britton Brown's Motion for Summary Judgment (Doc. No. 21), and Plaintiff's Response thereto (Doc. No. 23), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED**, upon consideration of Plaintiff's voluntary dismissal of all claims against the City of Philadelphia, that the City of Philadelphia is **DISMISSED** as a party to this action.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.