IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFIA GROOMS, INDIVIDUALLY | : | CIVIL ACTION |
| AND AS ADMINISTRATRIX FOR THE | : | |
| ESTATE OF SONTOSH CLARKE | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| CITY OF PHILADELPHIA and | : | NO.10-5178 |
| BRITTON BROWN, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY AS A | : | |
| PHILADELPHIA POLICE OFFICER | : | |
| BADGE # 3772 | : | |
|     Defendants. | : | |

## DEFENDANT BRITTON BROWN'S PRETRIAL MEMORANDUM

### I.  JURISDICTION AND NATURE OF CASE

Plaintiff Rafia Grooms, Administratrix for the Estate of deceased son, Sontosh Clarke, has filed suit under 42 U.S.C. 1983 alleging that her son's civil rights were violated under the Fourth Amendment of the Constitution. More specifically, plaintiff alleges that Officer Brown used excessive force when he shot and killed Clarke during a physical altercation that occurred on March 17, 2009. Jurisdiction attached to this matter under 42 U.S.C. Section 1983.

### II.  BRIEF STATEMENT OF FACTS

The plaintiff's suit arises from an incident that occurred on March 16, 2009, in which the plaintiff's decedent, Sontosh Clark ("Mr. Clark"), was fatally shot by Police Officer Britton Brown ("PO Brown") on the 900 block of East Johnson Street, in Philadelphia, Pennsylvania. Mr. Clark was operating a stolen 1993 maroon Chrysler when he was observed committing

traffic violations by Officers Arthur Lee and Britton Brown. Officers Brown and Lee signaled from their patrol car for Clark to pull over. However, Clark did not pull over and instead abruptly drove the car into a nearby driveway, exited the car, and fled on foot. Officer Brown exited his patrol car and pursued Clark on foot. Eventually Officer Brown caught up to Clark on the 900 block of East Johnson Street. At that point a physical struggle ensued. During the struggle Clark was able to get on top of Officer Brown. According to Officer Brown, while lying on his back he was repeatedly hit and choked by Clark. Officer Brown, feeling that he was being overpowered and fearing for his life, un-holstered his weapon with his right hand. At that point Clark grabbed Officer Brown's right hand. A struggle for control of the gun ensued. Officer Brown was able to free his hand and he fired three shots at Clark. All three shots hit Clark, fatally wounding him.

### III. DEFENDANT'S WITNESS LIST

**A. Liability Witnesses**

1. Police Officer Britton Brown
2. Police Officer Arthur Lee
3. Police Officer Hector Maldonado
4. Police Officer Joseph Kelly
5. Police Officer Joseph Cahill
6. Police Officer Stephen Lupo
7. Police Officer James Edmiston
8. Sgt. David Merrick
9. Lt. John Prendergast (IAD Shooting Team)

    10. Lt. Steve Nolan (IAD Shooting Team)

    11. Police Officer Gaghan (Firearms Identification Unit)

    12. Police Officer William Trenwith (Crime Scene Unit)

    13. Ron Traenkle (defense police expert)

    14. James Gannalo (defense firearms and ballistic expert)

    15. Dr. Richard Callery (defense forensic expert)

**B. Damage Witnesses**

    16. Gary Barach (defense economic expert)

**Defendant reserves the right to call any plaintiff identified in plaintiff's pre-trial memorandum.**

## IV. DEFENDANT'S EXHIBIT LIST

    D1.    Google Arial Photo of Area

    D2.    Crime Scene Photos #1-22

    D3.    Photos of Britton Brown's Uniform and Duty Rig #1-19

    D4.    Photos of Britton Brown's Injuries #1-15

    D5.    Police Radio Tapes

    D6.    PPD Directive #10

    D7.    IAD Statement of Britton Brown

    D8.    IAD Shooting Scene Diagram by Britton Brown

    D9.    IAD Statement of Sgt. David Merrick

    D10.    Statement by p/o James Edmiston

    D11.    Statement by p/o Steven Lupo

    D12.    Statement by p/o Arthur Lee

    D13.    Statement by p/o Hector Maldonado

    D14.    Statement by p/o Joseph Kelly

    D15.    Statement by p/o Joseph Cahill

    D16.    Property Receipts

    D17.    Firearms Identification Unit Report

    D18.    Crime Scene Report

    D19.    Crime Scene Log

    D20.    Medical Examiners Report

    D21.    CV and Report of Ron Traenkle

    D22.    CV and Report of James Gannalo w/attached exhibits

    D23.    CV and Report of Dr. Richard Callery

    D24.    CV and Report of Gary Barach

**Defendant reserves the right to use any exhibit identified in plaintiff's pre-trial memorandum.**

## V. ESTIMATED TIME FOR TRIAL

Defendant estimates that this trial will last approximately 5-6 days.

## VI. OTHER ISSUES

Defendant anticipates that several motions *in limine* will be filed regarding the admissibility of testimony from several of plaintiff's witnesses as well as the admissibility of several of plaintiff's exhibits.

Also, given the number of police and expert witnesses in this matter, undersigned

counsel will respectfully request that a date certain be given for the trial in this matter.  I have conferred with plaintiff's counsel regarding this request and he does not object.

                                              Respectfully submitted,

                                         /s/ *Armando Brigandi*
                                        ARMANDO BRIGANDI
                                        Divisional Deputy City Solicitor
                                        City of Philadelphia Law Department
                                        Civil Rights Unit
                                        1515 Arch Street, 14th Floor
                                        Philadelphia, PA  19102

DATED: March 12, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFIA GROOMS, INDIVIDUALLY** : | **CIVIL ACTION** |
| **AND AS ADMINISTRATRIX FOR THE** : | |
| **ESTATE OF SONTOSH CLARKE** : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA and** : | **NO.10-5178** |
| **BRITTON BROWN, INDIVIDUALLY AND** : | |
| **IN HIS OFFICIAL CAPACITY AS A POLICE** : | |
| **OFFICER, BADGE # 3772** : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Armando Brigandi, do hereby certify that a true and correct copy of City Defendant's Pre-Trial Memorandum has been filed electronically and is available for viewing and downloading via the Court's ECF system. In addition, this document has been served by First Class Mail, postage prepaid, upon the following:

        John N. Rightmyer, Esq.
        30 Rex Avenue
        Philadelphia, PA 19118

        **Counsel for Plaintiff**

        _/s/ Armando Brigandi_
        ARMANDO BRIGANDI
        Divisional Deputy City Solicitor
        City of Philadelphia Law Department
        Civil Rights Unit
        1515 Arch Street, 14th Floor
        Philadelphia, PA 19102

DATED: March 12, 2013