IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFIA GROOMS, individually and as administratrix for the Estate of SONTOSH CLARKE : : : Plaintiff : : v : : : : BRITTON BROWN : : Defendant : | CIVIL ACTION  No.  10-CV-5178 |

**PLAINTIFF RAFIA GROOM'S PROPOSED VERDICT SLIP.**

Plaintiff Rafia Grooms by and through her undersigned counsel submits the attached proposed verdict slip for use at the trial of this matter.

                LAW OFFICE OF JOHN N. RIGHTMYER

Dated: 3/13/2013        BY:_____/s/_ jnr8215_____
                                      John Rightmyer, Esquire
                                      Id. No.: #73199
                                      30 Rex Avenue
                                      Philadelphia, PA 19118
                                      (215) 248-7580
                                      jrightmyer.esq@gmail.com
                                      Counsel for Rafia Grooms, Administratrix for
                                          the Estate of Sontosh Clarke

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFIA GROOMS, individually and as administratrix for the Estate of SONTOSH CLARKE : <br> Plaintiff : <br> : <br> v : <br> : <br> : <br> BRITTON BROWN : <br> Defendant : | CIVIL ACTION <br><br> No. 10-CV-5178 |

# VERDICT SLIP

## I.  LIABILITY

**A.** Was it necessary for Britton Brown to use deadly force to prevent Sontosh Clarke's escape?

YES  _____    NO  _____

**B.** Did Britton Brown have probable cause to believe that Sontosh Clarke posed a significant threat of serious physical injury to anyone at the time of the shooting?

YES  _____    NO  _____

**C.**
**1.** Was it feasible for Britton Brown to give Sontosh Clarke a warning before shooting him?

YES  _____    NO  _____

**2.** Did Britton Brown fail to give a warning to Sontosh Clarke before shooting him?

YES  _____    NO  _____

1.

**IF YOUR ABOVE ANSWER TO QUESTIONS I.A. OR I.B. IS "NO", OR IF YOU ANSWER "YES" TO BOTH PARTS OF QUESTION I.C., THEN PROCEED TO ANSWER QUESTION II. ON THE NEXT PAGE.**

**IF YOU ANSWERED "YES" TO QUESTIONS I.A. AND I.B., AND YOU ANSWERED "NO" TO EITHER PART OF QUESTION I.C., THEN YOUR DELIBERATIONS ARE OVER, HAVE THE FOREPERSON YOU SELECTED SIGN AND DATE THE VERDICT SLIP ON THE LAST PAGE. ADVISE THE COURTROOM DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.**

2.

## II.     COMPENSATORY DAMAGES.

A.  State the total amount of compensatory damages you award to the Estate of Sontosh Clarke for the loss of his life, including all injury, disfigurement, pain, suffering, fear, humiliation and mental anguish he suffered before death:

$ _____

B.  State the total amount of compensatory damages you award to the Estate of Sontosh Clarke for economic losses including the cost of his funeral and burial, the medical bills incurred in treating him before his death, and the present value of his lost future wages and benefits, and the present value of any future services he might have provided Rafia Grooms:

$ _____

**PROCEED TO QUESTION III.**

## III.    PUNITIVE DAMAGES.

A.  Do you find that Britton Brown's acts and conduct warrant the award of punitive damages?

YES   _____     NO   _____

**IF YOUR ABOVE ANSWER TO QUESTION III.A.  IS "YES", THEN PROCEED TO ANSWER QUESTION III.B. BELOW.**

**IF YOU ANSWERED "NO" TO QUESTION III.A. THEN YOUR DELIBERATIONS ARE OVER.  HAVE THE FOREPERSON YOU SELECTED SIGN AND DATE THE VERDICT SLIP ON THE LAST PAGE.  ADVISE THE COURTROOM DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.**

B.  State the total amount of punitive damages you award to the Estate of Sontosh Clarke

$ _____

3.

FOREPERSON  _____        DATE  _____